NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GRETEL NOEMI GARCIA-GONZALEZ, AKA Gretel Gonzalez-Villatoro; HUGO VILLATORO-GARCIA, | No. 19-70830 |
| Petitioners, | Agency Nos. A200-833-733 A200-705-007 |
| v. | MEMORANDUM* |
| WILLIAM P. BARR, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2019**

Before:     CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Gretel Noemi Garcia-Gonzalez and Hugo Villatoro-Garcia, natives and

citizens of Guatemala, petition for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reopen removal proceedings. We have

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion. *Najmabadi*

---

      *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

      **      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).  We deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' untimely motion to reopen where petitioners failed to demonstrate changed country conditions in Guatemala to qualify for the regulatory exception to the time limitation.  *See* 8 C.F.R. § 1003.2(c)(2)-(3); *see also Najmabadi*, 597 F.3d at 990-91 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**

19-70830